**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**DR. WANDA P. MERRITT**                                         **PLAINTIFF**

**VS.**                                   **CIVIL ACTION NO.: 4:13CV00002-SA-JMV**

**GRENADA SCHOOL DISTRICT**                             **DEFENDANT**

**ORDER GRANTING EXTENSION OF TIME**

THIS CAUSE having come before the Court on the *ore tenus* motion of Defendant for an extension of time to file its Answer and Affirmative Defenses to Plaintiff's Complaint, and finding that Plaintiff has no opposition to said motion, the Court finds the motion to be well-taken and should be granted.

IT IS, THEREFORE, ORDERED that Defendant's unopposed *ore tenus* motion for extension of time to file its Answer and Affirmative Defenses is granted. Defendant's Answer is due by February 1, 2013.

This, the 8th day of January, 2013.

                                                           **/s/ Jane M. Virden**
                                                           UNITED STATES MAGISTRATE JUDGE

The Following Agree to Entry
of the Above and Foregoing Order:

/s/ *Louis Watson, Jr.*
LOUIS WATSON, JR.
Attorney for Plaintiff Merritt

/s/ *Benjamin E. Griffith*
BENJAMIN E. GRIFFITH
Attorney for Defendant